# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00167-CR

### Willie Walker Jr., Appellant

### v.

### The State of Texas, Appellee

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
## NO. 03-751-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On January 19, 2009, appellant's attorney filed notice stating that she was informed by the Texas Department of Criminal Justice on November 4, 2008, that appellant is deceased. Accordingly, our opinion and judgment, issued January 8, 2009, are withdrawn and this appeal is permanently abated. *See* Tex. R. App. P. 7.1(a)(2).

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Permanently Abated

Filed:  February 12, 2009

Do Not Publish